

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2017

No. 04-17-00108-CV

**VIA METROPOLITAN TRANSIT,**
Appellant

v.

Curtis **MECK,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2014CV01188
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

After we granted Apellant's first motion for extension of time to file the brief, Appellant's brief was due on August 4, 2017. *See* TEX. R. APP. P. 38.6(b), (d). Before the extended due date, Appellant filed an unopposed second motion for a one week extension of time to file the brief until September 4, 2017. *See id.* R. 10.5(b).

Appellant's motion is GRANTED. Appellant's brief is due on September 4, 2017. Further extensions will not be granted absent extenuating circumstances.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk